**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**PETER ANTHONY DAVIS,**

**Petitioner,**

**v.** **Case No. 3:10cv385/MCR/CJK**

**SEC'Y, FLA. DEP'T OF CORR.,**

**Respondent.**
______________________________/

# ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 20, 2012 (doc. 40). The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of those portions as to which an objection has been made.[1]

Having considered the report and recommendation and petitioner's objections, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Peter Anthony Davis* in the Circuit Court for Walton County, Florida, Case No. 99-CF-0141 is DENIED, and the clerk is directed to close the file.

---

[1] Petitioner filed extensive objections (*see* doc. 44), which the undersigned carefully reviewed and considered.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this 26th day of July, 2013.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**